900 A.2d 317

IN THE MATTER OF BRUCE C. HASBROUCK, AN ATTORNEY
AT LAW (ATTORNEY NO. 013821977).

June 21, 2006.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **BRUCE C. HASBROUCK** of **WOODBURY**,
who was admitted to the bar of this State in 1977, and who was
suspended from the practice of law for a period of three months
effective March 20, 2006, by Order of this Court filed February 22,
2006, be restored to the practice of law, effective immediately.